UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-12, <br><br> Defendants. | Civil Action No. 17-cv-990 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE |

Pursuant to Federal Rules of Civil Procedure 7.1 and LCR 7.1, Plaintiff states that it is owned by Lost Dog Productions, LLC, which is owned by Voltage Productions, LLC, and no publicly held corporation owns 10% or more of its stock.

RESPECTFULLY SUBMITTED June 30, 2017.

                                         s/David A. Lowe, WSBA No. 24,453
                                          Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Plaintiff

CORPORATE DISCLOSURE
Civil Action No. 17-cv-990
INIP-6-0089P01 CDS

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301