Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DOES 1-12,<br><br>        Defendants. | Civil Action No. 17-cv-990TSZ<br><br>STIPULATED DISMISSAL WITH PREJUDICE OF DOE 9 |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed (a) not to directly, contributorily or indirectly infringe Plaintiff's rights in its valid and enforceable copyrighted work *Once Upon a Time in Venice*, Copyright Registration No. PA 2-039-391, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *Once Upon a Time in Venice* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum, including for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

STIPULATED DISMISSAL - 1
Civil Action No. 17-cv-990TSZ
INIP-6-0089P05 SDMISS - Doe 9

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff* | s/Robert Z. Cashman, Esq.<br>rzcashman@cashmanlawfirm.com<br>CASHMAN LAW FIRM<sup>PLLC</sup><br>10101 Fondren Rd., Ste. 452<br>Houston, TX 77096<br>T: 713.364.3476<br>F: 281.764.8744<br><br>*Attorneys for Defendant* |

STIPULATED DISMISSAL - 2
Civil Action No. 17-cv-990TSZ

INIP-6-0089P05 SDMISS - Doe 9

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301