# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Plaintiff: VENICE PI,LLC | Civil Action No: 17-cv-990 TSZ |
| V. | |
| Defendant: FOMBAN ET AL. | Declaration of Ruby Miller (Widow of Defendant/Deceased Wilbur Miller) |

## DECLARATION OF

My name is Ruby Miller, Wife and Guardian/Legal Agent of Incompetent Defendant Wilbur Miller, and I declare the following:

1. I am the widow of Wilbur Miller who is a named defendant in this case.

2. My husband Wilbur Miller is deceased.

3. At the time of the alleged charges made against him, my husband was 91 years old and suffering from Dementia. He was diagnosed with Dementia sometime before 2012. Additionally, he was confined to a wheel chair for a couple of years for severe lower extremity issues. In short, my husband was incompetent and physically incapacitated for the last several years before his death.

4. My husband was mentally incompetent at the time these charges discussed in this case were levied against him. And, he was physically incapable of operating a computer.

Date:

_30 Sept 17_

_Ruby A Miller_

Ruby Miller

WILBUR R. Miller
6801 82nd St, SW
LAKEWOOD, WA 98499-2023

CERTIFIED MAIL

7016 0910 0000 7950 9440


UNITED STATES
POSTAL SERVICE®


1000

98101

U.S. POSTAGE
PAID
LAKEWOOD, WA
98499
OCT 06, 17
AMOUNT
**$7.29**
R2305K136752-08

FIRST CLASS

United States District Court
for the
Western District of Washington
ATTN: Judge T.S. ZILLY
700 Stewart St.
SEATTLE, WA 98101