Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC, | Civil Action No. 17-cv-990TSZ |
| Plaintiff, | VOLUNTARY DISMISSAL OF DOE 5 and WILBUR MILLER (DOE 6) |
| v. | |
| JONATHAN DUTCZAK; MARY ELLEN AVELAR; DOE 5; WILBUR MILLER; LIANG SUN; FASIKA GETAHUN; and STACY FOSTER, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted Defendant(s) without prejudice.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL
Civil Action No. 17-cv-990TSZ
INIP-6-0089P19 VDMISS - Does 5, 6

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301