Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN DUTCZAK, an individual; <br> MARY ELLEN AVELAR, an individual; <br> FASIKA GETAHUN, an individual; and <br> STACY FOSTER, an individual, <br><br> Defendants. | Civil Action No. 17-cv-990TSZ <br><br> VOLUNTARY DISMISSAL OF FASIKA GETSHUN (DOE 11) |

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses its claims against the noted Defendant(s) without prejudice.

s/ David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

*Attorneys for Plaintiff*

VOLUNTARY DISMISSAL
Civil Action No. 17-cv-990TSZ
INIP-6-0089P20 VDMISS - Doe 11

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301