UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VENICE PI LLC,

          Plaintiff,

  v.

JONATHAN DUTCZAK; MARY ELLEN AVELAR; and STACY FOSTER,

          Defendants.

C17-990 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's request for a Rule 56(d) continuance to conduct discovery, docket no. 56, is GRANTED in part, and defendant Jonathan Dutczak's motion for summary judgment, docket no. 22, is RENOTED to July 20, 2018. By June 22, 2018, plaintiff may depose defendant Dutczak for two hours and declarant Phillip Mendigorin for one hour, each at a mutually convenient time and at a location within ten (10) miles of the deponent's home or work site. To the extent plaintiff seeks other discovery, its request is denied. Any supplemental response to the motion for summary judgment, which shall not exceed ten (10) pages in length, along with the entire transcripts of the permitted depositions, shall be filed by July 16, 2018. Defendant Dutczak may, but is not required to, file a supplemental reply, not to exceed five (5) pages in length, by the new noting date of July 20, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant Dutczak pro se.

Dated this 21st day of May, 2018.

                                                   William M. McCool
                                                 Clerk

                                                 s/Karen Dews
                                                 Deputy Clerk

MINUTE ORDER - 1