UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC,<br><br>        Plaintiff,<br><br> v.<br><br>JONATHAN DUTCZAK; MARY ELLEN AVELAR; and STACY FOSTER,<br><br>        Defendants. | C17-990 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of the stipulation, docket no. 63, between plaintiff Venice PI, LLC and defendant Jonathan Dutczak, dismissing plaintiff's claims against defendant Dutczak with prejudice and without costs, defendant Dutczak's motion for summary judgment, docket no. 22, is STRICKEN as moot.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to pro se defendant Dutczak.

Dated this 22nd day of June, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1