Honorable Thomas S. Zilly

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC, | C17-988TSZ |
|             Plaintiff, | C17-990TSZ |
| v. | C17-991TSZ |
| | C17-1074TSZ |
| SEAN O'LEARY JR., et al. | C17-1075TSZ |
| JONATHAN DUTCZAK, et al. | C17-1076TSZ |
| MARTIN RAWLS, et al. | C17-1160TSZ |
| INA SICOTORSCHI, et al. | C17-1163TSZ |
| GREGORY SCOTT, et al. | C17-1164TSZ |
| YELENA TKACHENKO, et al. | C17-1211TSZ |
| CELINA POTTER, et al. | C17-1219TSZ |
| TONJA LAIBLE, et al. | C17-1403TSZ |
| VICTOR TADURAN, et al. | |
| JESSE COOPER, et al. | |
| JASMINE PATTERSON, et al. | |
| DAVID MEINERT, et al. | NOTICE OF UNAVAILABILITY |
|             Defendants. | |

Please take notice that David A. Lowe, attorney for Plaintiff, will be unavailable from August 14, 2018 to September 3, 2018, and he respectfully requests that no pleadings or motions be filed or other matters be scheduled during this time period.

RESPECTFULLY SUBMITTED August 2, 2018.

        s/David A. Lowe, WSBA No. 24,453
        Lowe@LoweGrahamJones.com
        LOWE GRAHAM JONES PLLC
        701 Fifth Avenue, Suite 4800
        Seattle, WA 98104
        T: 206.381.3300
        F: 206.381.3301

        Attorneys for Plaintiff

NOTICE OF UNAVAILABILITY - 1

INIP-6-0088P23 NOTUnavailability

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

s/ David A. Lowe

NOTICE OF UNAVAILABILITY - 2

INIP-6-0088P23 NOTUnavailability

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301